**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Case No.: 10-mj-445

Date of Proceeding: 7-20-10

Presiding Judge: John V. Acosta

Courtroom Deputy: Paul Gale

Recorded: FTR by Paul Gale

AUSA: Jennifer Martin

(for: _____)

Please use the above case number and initials on all future documents and correspondence in this action.

**DOCKET ENTRY:**
[ ] Interpreter(s) Present: _____ [ ] on standby [ ] not needed.
Record of time set for: [X] First/[ ] Initial appearance [ ] Arraignment [X] Detention hearing/review [ ] Status hearing
[ ] Pretrial/[ ] Supervised release hearing [ ] Preliminary hearing [X] A/W from another district/Rule 5.1 or 32.1 proceedings.
[X] ORDER - Appointing Federal Defender/CJA attorney to represent defendant(s).
[ ] ORDER - Defendant to proceed as named.
[ ] Defendant(s) advised of charges  [ ] Defendant(s) waived reading of the Complaint, Indictment or Information.
[X] Defendant(s) advised of rights   [ ] Defendant(s) waived advice of rights.
[X] Defendant(s) waived [X] Identity hearing [ ] Preliminary hearing [ ] Removal hearing.
[ ] ORDER - _____ [ ] Arraignment [ ] Preliminary [ ] Detention [ ] Status [ ] Rule 5, 20, 32 hearing before the duty Magistrate Judge on: _____ at ____ .m.
[ ] Government witness sworn: _____
[ ] ORDER - Finding probable cause. [ ] ORDER - Finding lack of probable cause for defendant.
[ ] ORDER - Defendant's plea of not-guilty entered; [ ] ORDER - Denial of the forfeiture allegation.
[ ] ORDER - Setting trial before Judge _____ on _____, 2010, at 9:00 a.m.
[ ] ORDER - Defendant is released on conditions. (see separate order).
[X] ORDER - Defendant is detained [X] flight risk [X] danger [ ] pending further hearing.
[ ] ORDER - Discovery due in 14 days.
[ ] ORDER - Setting revocation hearing before Judge _____ on _____ at _____.

[ ] _____
[ ] _____

(OTD: ___ - Gov't case: ___ days)

**DEFENDANT**
(1) Lucas O. Kennedy
[X] Present [ ] O/R [ ] Bond [X] Custody

(2) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

**COUNSEL**
(1) Patrick Ehlers
[X] Present [X] Appointed [ ] Retained

(2) _____
[ ] Present [ ] Appointed [ ] Retained

(3) _____
[ ] Present [ ] Appointed [ ] Retained

Document No.: _____
CRIMINAL MINUTES

Criminal Minutes
Revised March 3, 2010

(Time in Court: ___ hr ___ min; Hearing concluded: Y / N )

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

MARCH 18, 2010
BRUCE RIFKIN, Clerk
By_____ Deputy



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10 5186 BHS |
| Plaintiff, | |
| v. | INDICTMENT |
| LUCAS O. KENNEDY, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

Count 1

(Sale of a Firearm to a Felon)

On or about May 20, 2009, in Clark County, within the Western District of Washington, LUCAS O. KENNEDY did sell, and aid and abet the sale of, a firearm, to wit, a Steyr .40 caliber pistol with laser sight, to CRI, with knowledge and reasonable cause to believe that CRI had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 2 and 922(d)(1).

//
//
//

United States v. Kennedy, et al, Indictment - 1
No. CR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## Count 2

### (Sale of a Firearm to a Felon)

On or about June 15, 2009, in Clark County, within the Western District of Washington, LUCAS O. KENNEDY did sell a firearm, to wit, a Century Arms R1A1 .308 caliber semi-automatic rifle, to CRI, with knowledge and reasonable cause to believe that CRI had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d)(1).

## Count 3

### (Felon in Possession of a Firearm)

On or about June 15, 2009, in Clark County, within the Western District of Washington, LUCAS O. KENNEDY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Unlawful Possession of a Firearm in the Second Degree, in 2008, in Clark County Superior Court Cause No. 08-9-05926-9, did knowingly possess, in and affecting interstate commerce, a firearm, specifically, a Century Arms R1A1 .308 caliber semi-automatic rifle.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Count 4

### (Felon in Possession of Ammunition)

On or about June 15, 2009, in Clark County, within the Western District of Washington, LUCAS O. KENNEDY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Unlawful Possession of a Firearm in the Second Degree, in 2008, in Clark County Superior Court Cause No. 08-9-05926-9, did knowingly possess, in and affecting interstate commerce, ammunition, specifically, four .308 caliber magazines and four .308 winchester rounds.

United States v. Kennedy, et al, Indictment- 2
No. CR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.
DATED: March 18 2010
(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
YE-TING WOO
Assistant United States Attorney

United States v. Kennedy, et al, Indictment- 3
No. CR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### TACOMA

UNITED STATES OF AMERICA
v.

LUCAS O. KENNEDY

**WARRANT FOR ARREST**

2010 MAR 19 A 9: 40

CASE NUMBER: CR10-5186 BHS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____LUCAS O. KENNEDY_____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

| Count 1 & 2: | Sale of a Firearm to a Felon<br>18:2 & 922(d)(1) |
| --- | --- |
| Count 3: | Felon in Possession of a Firearm<br>18:922(g)(1) |
| Count 4: | Felon in Possession of Ammunition<br>18:922(g)(1) |

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By_____
         Deputy Clerk

in violation of Title ____ United States Code, Section(s) _____

___James Kelly___
Name of Issuing Officer

___Deputy Clerk___
Title of Issuing Officer

_____
Signature of Issuing Officer

___March 19, 2010 at Seattle, Washington___
Date and Location

Bail fixed at _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

**DEFENDANT ARREST WARRANT INFO SHEET**  (One for <u>each</u> defendant)

RECEIVED
UNITED STATES MARSHAL
2010 MAR 19 A 9:39

**DEFENDANT'S NAME:** Lucas Owen Kennedy

**ALIAS:**

**LAST KNOWN RESIDENCE:** Clark County Jail

**LAST KNOWN EMPLOYMENT:**

**PLACE OF BIRTH:**

**DATE OF BIRTH:**

**SOCIAL SECURITY NUMBER:**

**HEIGHT:** 5'6            **WEIGHT:** 130 lbs

**SEX:** Male            **RACE:** White

**HAIR:** brown          **EYES:** brown

**SCARS, TATTOOS,**

**OTHER DISTINGUISHING MARKS:**

**FBI NUMBER:**

**COMPLETE DESCRIPTION OF AUTO:**

**INVESTIGATIVE AGENT:** Leland Stice

**INVESTIGATIVE AGENCY:** ATF

**AGENT TELEPHONE:** 503-209-4485

**DRUG CASES:**

**OCDETF CASE**      _____ YES        xx _____ NO